## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

JAMES DINTINO, Individually
and on behalf of Others similarly situated,

    Plaintiff,

v.                             CASE NO.:  2:25-cv-743

GP TECHNOLOGIES, LLC, a Foreign
Limited Company, and
LOUIS BRUNO, individually,

    Defendant(s)

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, JAMES DINTINO, on behalf of himself and those similarly situated, by and through undersigned counsel, and hereby sues the Defendants, GP TECHNOLOGIES, LLC and LOUIS BRUNO, by bringing an action for unpaid compensation, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA") as well as a claim for fraud. Plaintiff, on behalf of himself and others similarly situated also brings claims for fraud and breach of contract and alleges as follows:

## PARTIES, VENUE, JURISDICTION

1.        Defendant, GP TECHNOLOGIES, LLC, upon information and belief, is a non-registered Limited Liability Company that operates and conducts

business in Lee County and Collier Counties in Florida and is therefore within the jurisdiction of this Court.

2.     Defendant LOUIS BRUNO is an individual over the age of 18 and is otherwise *sui juris* and resides in Naples, Florida, and who at all times relevant hereto, owned, directed and controlled GP TECHNOLOGIES, LLC's operations in Lee and Collier Counties in Florida.

3.     This action is brought under the FLSA to recover from Defendants unpaid overtime, liquidated damages, damages from fraud and reasonable attorneys' fees and costs and other fees arising from Defendants' violation of the FLSA, 29 U.S.C. §201 *et seq.*; and Fraud, as the EIN number listed on the W-2s issued to Plaintiff (and those similarly situated) by, or on behalf of GP TECHNOLOGIES, LLC is fictitious or stolen and is not affiliated with GP TECHNOLOGIES, LLC This action is intended to include each and every employee who worked for the Defendants at any time within the past two years.

4.     This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337, 28 U.S.C. §1332 and §28 U.S.C. 1367.

5.     At all times relevant to this action, Defendant, GP TECHNOLOGIES, LLC, was an enterprise covered by FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

6.     At all times relevant to this action, Defendant LOUIS BRUNO was an individual resident of the State of Florida, who owned and operated GP TECHNOLOGIES, LLC's operations in Lee and Collier Counites in Florida, and who regularly exercised the authority to: (a) hire and fire employees of GP TECHNOLOGIES, LLC; (b) determine work schedules for employees of GP TECHNOLOGIES, LLC; and (c) control the finances and operations of GP TECHNOLOGIES, LLC. By virtue of having regularly exercised that authority on behalf of GP TECHNOLOGIES, LLC, LOUIS BRUNO is an employer as defined by 29 U.S.C. 201 *et seq.*

7.     At all times relevant to this action, Defendants failed to comply with 29 U.S.C. §§201-209, because Plaintiff, and those similarly situated, performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff, and those similarly situated.

8.     During his employment with Defendants, Plaintiff, and those similarly situated, worked more than forty (40) hours per week but were not paid one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours per week.

## COUNT I
## FAIR LABOR STANDARDS ACT

9.     Plaintiff, and those similarly situated, incorporate, and readopt the allegations contained in paragraphs 1 through 8 as if they were fully set forth

herein.

10.    Defendants entered into an employment agreement with Plaintiff on or about May 21, 2023 and Plaintiff began working for Defendants on or about that day.

11.    Pursuant to the employment agreement, Plaintiff's compensation rate was $2,500.00  per week or approximately $62.50 per hour.  Plaintiff often worked seven (7) days per week, regularly worked more than14 hours per day, but was compensated for only forty (40) hours per week.

12.    The Plaintiff, and those similarly situated, during their employment with Defendants, worked more than forty (40) hours per week but were not paid one and one-half times their regular rate of pay for all hours worked in excess of forty (40) hours per week.

13.    Plaintiff worked 3080 hours of unpaid overtime from May 21, 2023 through November 8, 2024.

14.    As a result of Defendants' intentional, willful, and unlawful acts in refusing to pay Plaintiff, and those similarly situated, overtime wages, Plaintiff, and those similarly situated have suffered damages which they are entitled to recover, including reasonable attorneys' fees and costs.

15.    As a result of Defendants' willful violation of the FLSA, Plaintiff and those similarly situated, are entitled to liquidated damages.

**WHEREFORE**, Plaintiff, and those similarly situated, demand judgment against Defendants, GP TECHNOLOGIES, LLC and LOUIS BRUNO, jointly and severally, for overtime wages at one and one-half times their regular rate of pay for which defendants did not properly compensate them, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

## COUNT II
## FRAUD – LOUIS BRUNO

16.    Plaintiff, and those similarly situated, incorporate, and readopt the allegations contained in paragraphs 1 through 8 as if they were fully set forth herein.

17.    Defendant employed Plaintiff from May 21, 2023 through November 8, 2024.

18.    Plaintiff, and those similarly situated, received W-2s from GP TECHNOLOGIES, LLC.

19.    Upon information and belief, the W-2s issued to Plaintiff, and those similarly situated, contained a fictitious or stolen EIN number (84-3984191), meaning that the EIN number listed on the W-2s issued to employees of GP TECHNOLOGIES, LLC was not registered to, or associated with GP TECHNOLOGIES, LLC.  (**See Exhibit A-Redacted W2**)

20.     Further, the address GP TECHNOLOGIES, LLC  listed on the W-2s it issued to its employees is not an address associated with GP TECHNOLOGIES, LLC.

21.     In fact, the address GP TECHNOLOGIES, LLC listed on the W-2s issued to employees of GP TECHNOLOGIES, LLC, 28731 S. Cargo Ct, Bonita Springs, FL 34135, is the same address where LOUIS BRUNO operated Bruno Total Home Performance when it was raided by law enforcement on or about January 15, 2019, prior to closing its doors thereafter. (**See Composite Exhibit B-Better Bureau listing, news report**)

22.     Beyond that, pre-suit notices were sent to GP TECHNOLOGIES, LLC at the 28731 S. Cargo Ct. address, but were returned by the United States Postal Service as "Return to Sender", "Attempted-Not known" and "Unable to Forward". (**See Composite Exhibit C-Returned Mail**)

23.     Based on information and belief, GP TECHNOLOGIES, LLC is an entity and conduit for a criminal enterprise under the direction and control of LOUIS BRUNO.

24.     As such, upon information and belief, monies, including federal income tax, Social Security tax and Medicare tax withheld from the paychecks of Plaintiff, and those similarly situated, were misappropriated by GP TECHNOLOGIES and/or LOUIS BRUNO.

25.    As a result of Defendant's actions, Plaintiff, and those similarly situated, have been damaged.

**WHEREFORE**, Plaintiff, and those similarly situated, demand judgment against Defendant, LOUIS BRUNO, for compensatory damages, consequential damages, pre- and post-judgment interest, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

**COUNT III**
**FRAUD – GP TECHNOLOGIES, LLC**

26.    Plaintiff, and those similarly situated, incorporate, and readopt the allegations contained in paragraphs 1 through 8 as if they were fully set forth herein.

27.    Defendant employed Plaintiff from May 21, 2023 through November 8, 2024.

28.    Plaintiff, and those similarly situated, received W-2s from GP TECHNOLOGIES, LLC.

29.    Upon information and belief, the W-2s issued to Plaintiff, and those similarly situated, contained a fictitious or stolen EIN number (84-3984191), meaning that the EIN number listed on the W-2s issued to employees of GP TECHNOLOGIES, LLC was not registered to, or associated with GP TECHNOLOGIES, LLC.  (**See Exhibit A-Redacted W2**)

30.    Further, the address GP TECHNOLOGIES, LLC listed on the W-2s it issued to its employees is not an address associated with GP TECHNOLOGIES, LLC.

31.    In fact, the address GP TECHNOLOGIES, LLC listed on the W-2s issued to employees of GP TECHNOLOGIES, LLC, 28731 S. Cargo Ct, Bonita Springs, FL 34135, is the same address where LOUIS BRUNO operated Bruno Total Home Performance when it was raided by law enforcement on or about January 15, 2019, prior to closing its doors thereafter. (**See Composite Exhibit B-Better Bureau listing, news report**)

32.    Beyond that, pre-suit notices were sent to GP TECHNOLOGIES, LLC at the 28731 S. Cargo Ct. address, but were returned by the United States Postal Service as "Return to Sender", "Attempted-Not known" and "Unable to Forward". (**See Composite Exhibit C-Returned Mail**)

33.    Based on information and belief, GP TECHNOLOGIES, LLC is an entity and conduit for a criminal enterprise under the direction and control of LOUIS BRUNO.

34.    As such, upon information and belief, monies, including federal income tax, Social Security tax and Medicare tax withheld from the paychecks of Plaintiff, and those similarly situated, were misappropriated by GP TECHNOLOGIES and/or LOUIS BRUNO.

35.    As a result of Defendant's actions, Plaintiff, and those similarly situated, have been damaged.

**WHEREFORE**, Plaintiff, and those similarly situated, demand judgment against Defendant, GP TECHNOLOGIES, for compensatory damages, consequential damages, pre- and post-judgment interest, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

<u>**JURY DEMAND**</u>

Plaintiff, and those similarly situated, demand a trial by jury on all issues so triable.

Date: <u>August 19, 2025</u>.

Respectfully Submitted,

**PARRISH & GOODMAN, PLLC**

<u>*/s/ Robert H. Goodman, Esq.*</u>
ROBERT H. GOODMAN, ESQ.
FBN: 1008059
Parrish & Goodman, PLLC
13031 McGregor Blvd., STE 8
Fort Myers, FL 33919
Phone: (813) 643-4529
Facsimile: (813) 315-6535
rgoodman@parrishgoodman.com
kcumbee@parrishgoodman.com
rwilliams@parrishgoodman.com
*Counsel for Plaintiff*